Jay Earl Smith, Esq.
Nevada Bar No. 1182
Jason S. Wilcock, Esq.
Nevada Bar No. 9930
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006

Michael L. Junk, Esq.
District of Columbia Bar No. 476886
Kirby T. Griffis, Esq.
District of Columbia Bar No. 453091
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, DC 20005
Tel: (202) 898-5876
Fax: (202) 682-1639

Attorneys for Defendants
Davol Inc. and C.R. Bard, Inc.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY A. NICHOL and LOUIS NICHOL, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BOULDER CITY HOSPITAL, INC.; DAVOL INC., a subsidiary of C.R. BARD, INC., a Delaware corporation; C.R. BARD, INC., a New Jersey corporation; DOE DAVOL/C.R. BARD SALES REPRESENTATIVE; JOHN DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:07-cv-00731-BES-PAL<br><br>**DEFENDANT DAVOL INC.'S AND DEFENDANT C.R. BARD, INC.'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |

Defendant Davol Inc. and Defendant C.R. Bard, Inc. file this Motion for Leave to File Notice of Supplemental Authority in Opposition to Plaintiffs' Motion to Remand pursuant to Local Rule 7-2, and in support thereof state as follows.

**MEMORANDUM OF POINTS & AUTHORITIES**

On June 5, 2007, Defendants timely removed this action to this Court, invoking the Court's diversity jurisdiction under 28 U.S.C. § 1332. In doing so, Defendants argued that Plaintiffs' medical malpractice claims against Defendant Boulder City Hospital are misjoined and may be severed and remanded in order to perfect this Court's diversity jurisdiction.

Simultaneous with Defendants' removal of this action, the United States District Court for the District of Minnesota issued a Memorandum Opinion and Order in *In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, 0:05-md-01708-DWF-AJB (D. Minn.) that addresses the very issue now before this Court. In *In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, the plaintiff brought a product liability suit against Guidant Corporation, the manufacturer of an allegedly defective pacemaker the plaintiff received. The plaintiff's lawsuit also initially joined medical malpractice claims against the hospital which implanted the pacemaker. The hospital was a non-diverse defendant. Even so, Guidant Corporation removed the lawsuit to federal court, arguing, in part, that the product liability claims against it were improperly joined with the medical malpractice claims against the hospital. The plaintiff moved to remand on the grounds that the claims were properly joined, and therefore diversity jurisdiction was lacking.

On June 4, 2007, the United States District Court for the District of Minnesota (J. Frank) denied the plaintiff's motion to remand, finding that "[t]he joinder of the malpractice claim against [the hospital] with the other product liability claims was inappropriate because the claims



SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

do not both involve common questions of law or fact and assert joint, several, or alternative liability 'arising out of the same transaction, occurrence, or series of transactions or occurrences.'" (Mem. Op. and Order 12 (quoting Fed. R. Civ. P. 20(b)).) The court ultimately held that, "[b]ecause the misjoinder of [the hospital] would destroy complete diversity, and because the basis for the causes of action against [the hospital] do not arise from the same transaction and occurrences as those in the causes of action against the other [d]efendants, the Court will sever the action against [the hospital] so as to preserve [the defendants'] right to removal in the remaining action and to preserve the interests of judicial expediency and justice." (*Id.* 14.) In reaching this conclusion, the District Court cited as authority this Court's decision in *Greene v. Wyeth*, 344 F. Supp. 2d 674 (D. Nev. 2004). (*See* Mem Op. and Order 13-14.)

Defendants respectfully submit that the decision reached by the District Court in *In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation* is additional, persuasive authority in support of Defendants' previously-filed Opposition to Plaintiffs' Motion to Remand, and Defendants would refer the Court to that decision with their Notice of Supplemental Authority.

/ / /

/ / /

/ / /

/ / /

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

**CONCLUSION**

WHEREFORE, for the foregoing reasons, Defendant Davol Inc. and Defendant C.R. Bard, Inc. respectfully request that the Court grant their Motion For Leave To File Notice Of Supplemental Authority In Opposition To Plaintiffs' Motion To Remand. A copy of that Notice of Supplemental Authority, along with the Memorandum Opinion and Order issued by the United States District Court for the District of Minnesota, is attached hereto as Exhibit A for the Court's consideration.

DATED this 12th day of July, 2007.

SMITH LARSEN & WIXOM

Jay Earl Smith, Esq.
Nevada Bar No. 1182
Jason S. Wilcock, Esq.
Nevada Bar No. 9930
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134

Kirby T. Griffis, Esq.
District of Columbia Bar No. 453091
Michael L. Junk, Esq.
District of Columbia Bar No. 476886
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Washington, DC 20005
Attorneys for Defendants
Davol Inc. and C.R. Bard, Inc.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

## CERTIFICATE OF SERVICE BY MAIL AND E-SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2007, a true copy of the foregoing **DEFENDANT DAVOL INC.'S AND DEFENDANT C.R. BARD, INC.'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** was mailed, postage prepaid, and sent electronically to the following:

Robert E. Murdock, Esq.
MURDOCK & ASSOCIATED, CHTD.
520 S. Fourth Street
Las Vegas, Nevada 89101
and
Eckley M. Keach, Esq.
ECKLEY M. KEACH, CHTD.
520 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

Kim Irene Mandelbaum, Esq.
MANDELBAUM & SCHWARZ, LTD.
2012 Hamilton Lane
Las Vegas, Nevada 89106
Attorneys for Defendant
Boulder City Hospital, Inc.

Catie [signature]
an employee of Smith Larsen & Wixom