STAYED

# United States District Court
# District of Nevada (Las Vegas)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00731-BES-PAL
# Internal Use Only

Nichol et al v. Davol Inc. et al
Assigned to: Judge Brian E. Sandoval
Referred to: Magistrate Judge Peggy A. Leen
Demand: $10,000,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/05/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Judy A. Nichol** represented by **Eckley M. Keach**
Eckley M. Keach, Chtd.
520 S Fourth Street
Las Vegas, NV 89101
702-384-5563
Fax: 702-383-5960
Email: emkiiii@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert. E. Murdock**
Murdock & Associates
520 S. 4th Street
Second Floor
Las Vegas, NV 89101-
702-384-5563
Fax: 702-384-4570
Email: lasvegasjustice@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Nichol** represented by **Eckley M. Keach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert. E. Murdock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Davol Inc.**<br>*a subsidiary of C.R. Bard, Inc.* | represented by | **Jason Wilcock**<br>Hill Center Business Park<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>702-252-5002<br>Email: jsw@slwlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jay E Smith**<br>Hill Center Business Park<br>1935 Village Center Cr<br>Las Vegas, NV 89134-<br>702-252-5002<br>Fax: 702-252-5006<br>Email: jes@slwlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kirby T. Griffis**<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>Washington, DC 20005<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael J. Junk**<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>Washington, DC 20005<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Boulder City Hospital, Inc.** | represented by | **Michelle R. Schwarz**<br>Mandelbaum & Schwarz<br>2012 Hamilton Lane<br>Suite 303<br>Las Vegas, NV 89106<br>(702) 367-1234<br>Fax: (702) 367-1978<br>Email:<br>michelleadams@mandelbaumschwarz.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **C.R. Bard, Inc.**<br>*a New Jersey Corporation* | represented by | **Jason Wilcock**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay E Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2007 | 1 | PETITION FOR REMOVAL by Davol Inc. from Eighth Judicial District Court, Case Number A540796, (Filing fee $ 350 receipt number 582348), filed by Davol Inc.. (Attachments: # 1 Exhibit # 2 Exhibit)(Smith, Jay) (Entered: 06/05/2007) |
| 06/05/2007 | 2 | CERTIFICATE of Interested Parties by Defendant Davol Inc.. There are no known interested parties other than those participating in the case. (Smith, Jay) (Entered: 06/05/2007) |
| 06/05/2007 | | Case assigned to Judge Brian E. Sandoval and Peggy A. Leen. (MAJ) (Entered: 06/05/2007) |
| 06/05/2007 | 3 | MINUTE ORDER IN CHAMBERS of the Honorable Brian E. Sandoval, U.S. District Judge, on 6/5/2007. By Deputy Clerk: M. Jaime. IT IS ORDERED that all parties removing actions to this court must, WITHIN 15 DAYS, file and serve a signed Statement including:<br>date complaint served;<br>date summons served;<br>on diversity jurisdiction cases, names of served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendants evidence of the amount in controversy;<br>if filed more than 30 days after service, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal;<br>if action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court;<br>name of any defendant known to have been served before removal filed who did not join in removal and reasons they did not;<br>all defendants who joined in removal may file statement jointly.<br>IT IS FURTHER ORDERED that counsel shall, WITHIN 30 DAYS, file a Joint Status Report including:<br>list of pending motions and/or other matters which require the attention of this court and copies of same;<br>statement by counsel of action required to be taken by this court.<br>Removing defendant shall serve a copy of this Order on all other parties to the action no later than the time they file and serve a copy of the Statement required |

| | | |
|---|---|---|
| | | by this Order. A party who learns that the Statement(s) filed pursuant to this Order contain(s) incorrect information shall promptly notify this court in writing. Statement due by 6/20/2007. Status Report due by 7/5/2007.**(no image attached)** (MAJ) (Entered: 06/05/2007) |
| 06/05/2007 | 4 | NOTE: In accordance with 28:636(c), counsel in the instant action are provided with a copy of the "AO 85 Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge" form. **Upon consent by all parties, counsel are advised to manually file this form with the Clerk's Office.** (MAJ) (Entered: 06/05/2007) |
| 06/07/2007 | 5 | CERTIFICATE of Interested Parties by Plaintiff Judy A. Nichol. There are no known interested parties other than those participating in the case. (Keach, Eckley) (Entered: 06/07/2007) |
| 06/08/2007 | 6 | MOTION to Remand to State Court by Plaintiffs Judy A. Nichol, Louis Nichol. Responses due by 6/26/2007. (Keach, Eckley) (Entered: 06/08/2007) |
| 06/11/2007 | 11 | MOVANT MONTIEL'S 7TH NOTICE OF TAG-ALONG ACTION; (Attachments: # 1 Certificate of Service)(AXM) (Entered: 06/14/2007) |
| 06/12/2007 | 7 | ANSWER to [] Complaint with Jury Demand by Defendants C.R. Bard, Inc., Davol Inc.. Certificate of Interested Parties due by 6/22/2007. Discovery Plan/Scheduling Order due by 7/27/2007.(Smith, Jay) (Entered: 06/12/2007) |
| 06/13/2007 | 8 | VERIFIED PETITION for Permission to Practice Pro Hac Vice and DESIGNATION of Local Counsel submitted by attorney Michael L. Junk, (Filing fee $ 175 receipt number 588722) by Defendants C.R. Bard, Inc., Davol Inc.. (Smith, Jay) (Entered: 06/13/2007) |
| 06/13/2007 | 9 | VERIFIED PETITION for Permission to Practice Pro Hac Vice and DESIGNATION of Local Counsel submitted by attorney Kirby T. Griffis, (Filing fee $ 175 receipt number 588731) by Defendants C.R. Bard, Inc., Davol Inc.. (Smith, Jay) (Entered: 06/13/2007) |
| 06/14/2007 | 10 | MOTION to Stay *Proceedings Pending Ruling on Plaintiffs' Motion to Remand* by Plaintiffs Judy A. Nichol, Louis Nichol. (Murdock, Robert.) (Entered: 06/14/2007) |
| 06/20/2007 | 12 | ORDER Granting 8 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Michael J. Junk for Davol Inc. and approving Designation of Local Counsel. Signed by Judge Brian E. Sandoval on 6/19/07. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/20/2007) |
| 06/20/2007 | 13 | ORDER Granting 9 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Kirby T. Griffis for C.R. Bard, Inc. and Davol Inc. and approving Designation of Local Counsel. Signed by Judge Brian E. Sandoval on 6/19/07. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 06/20/2007) |
| 06/20/2007 | 14 | STATEMENT of Davol Inc. and C.R. Bard, Inc. re [3] Minute Order re Removal,,,,,, ; by Defendants C.R. Bard, Inc., Davol Inc.. (Smith, Jay) (Entered: 06/20/2007) |

| | | |
|---|---|---|
| 06/21/2007 | 15 | ANSWER to [] Complaint with Jury Demand *to Plaintiffs' Complaint* by Defendant Boulder City Hospital, Inc.. Certificate of Interested Parties due by 7/1/2007. Discovery Plan/Scheduling Order due by 8/5/2007.(Schwarz, Michelle) (Entered: 06/21/2007) |
| 06/21/2007 | 16 | CERTIFICATE of Interested Parties by Defendant Boulder City Hospital, Inc.. There are no known interested parties other than those participating in the case. (Schwarz, Michelle) (Entered: 06/21/2007) |
| 06/25/2007 | 17 | NOTICE by Defendants C.R. Bard, Inc., Davol Inc. re 10 MOTION to Stay *Proceedings Pending Ruling on Plaintiffs' Motion to Remand*. (Smith, Jay) (Entered: 06/25/2007) |
| 06/26/2007 | 18 | RESPONSE to 6 MOTION to Remand to State Court; filed by Defendants C.R. Bard, Inc., Davol Inc.. Replies due by 7/10/2007. (Smith, Jay) (Entered: 06/26/2007) |
| 06/26/2007 | 19 | ORDER granting 10 Motion to Stay. Signed by Judge Brian Sandoval, U.S. District Judge. (C. Lipparelli 06/26/07). (Entered: 06/26/2007) |
| 07/10/2007 | 20 | REPLY to Response to 6 MOTION to Remand to State Court; filed by Plaintiffs Judy A. Nichol, Louis Nichol. (Keach, Eckley) (Entered: 07/10/2007) |
| 07/12/2007 | 21 | MOTION for Leave to File *Notice of Supplemental Authority in Opposition to Plaintiffs' Motion to Remand* by Defendants C.R. Bard, Inc., Davol Inc.. (Attachments: # 1 Exhibit A)(Smith, Jay) (Entered: 07/12/2007) |
| 07/24/2007 | 22 | RESPONSE to 21 MOTION for Leave to File *Notice of Supplemental Authority in Opposition to Plaintiffs' Motion to Remand* ; filed by Plaintiffs Judy A. Nichol, Louis Nichol. (Murdock, Robert.) (Entered: 07/24/2007) |
| 08/06/2007 | | (Court only) **NON-PUBLIC** Motions No Longer Referred: 21 MOTION for Leave to File *Notice of Supplemental Authority in Opposition to Plaintiffs' Motion to Remand* (AJM) (Entered: 08/06/2007) |
| 08/08/2007 | 23 | Copy of Conditional Transfer ORDER (CTO-1); regarding 15 Day Stay of Case. Signed by Judge MDL M MDL. (Attachments: # 1)(Copies have been distributed pursuant to the NEF - AXM) (Entered: 08/10/2007) |
| 08/23/2007 | 24 | NOTICE by Defendants C.R. Bard, Inc., Davol Inc. *of Entry of Order of United States Judicial Panel on Multidistrict Litigation* (Attachments: # 1 Exhibit A)(Wilcock, Jason) (Entered: 08/23/2007) |
| 08/28/2007 | 25 | Copy of MDL ORDER Re: 23 Order for Conditional Transfer. Hearing is Vacated and ORDER lifting Stay. Signed by Judge MDL M MDL on 8/24/07. (Copies have been distributed pursuant to the NEF - AXM) (Entered: 08/28/2007) |
| 09/10/2007 | 26 | MDL ORDER Transferring case to Rhode Island. Signed by Judge Jeffery N. Luthi on 8/20/07. (Copies have been distributed pursuant to the NEF - ASB) (Entered: 09/10/2007) |

I hereby attest and certify on 9/10/07
that hte foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By________________ Deputy Clerk